**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

| | |
|---|---|
| In re | Case No.: 15–49112 – A659 |
| Debtor(s): | CHAPTER: 7 |

Pamela Bishop – See below for reported alias information.
xxx–xx–3748
– See below for reported alias information.

### Order on Motion to Reopen Case to Allow Debtor(s) to File Financial Management Course Certificate(s) and/or File Certification(s) of Domestic Support Obligation(s)

    This case, filed on December 7, 2015, was closed by the Court's Final Decree on March 3, 2016, without the issuance of an Order of Discharge. The Debtor(s) has(ve) moved the Court to reopen this case so that the requisite Financial Management Course Completion Certificate(s) and/or Certification(s) of Domestic Support Obligation(s) may be filed. The Debtor(s) has(ve) now submitted the requisite document(s) indicated below. Upon consideration and review of the record in this case, it is

    **ORDERED** that the Debtor's(s') motion to reopen this case is **GRANTED**, and that this case shall be and is hereby reopened for the limited purpose of allowing the Clerk of Court to docket the document(s) indicated below. Upon the entry of the Order of Discharge in this case, the Clerk of Court shall re–close this case. All other relief requested in the Debtor's(s') motion to reopen this case is hereby denied.

☑ Official Form 423 or Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☐ Certification of Domestic Support Obligations.

*Kathy A Surratt-States*

**U. S. Bankruptcy Judge**

Dated: 3/28/16

Rev. 12/15 oreop

**Reported Alias Information:**
Pamela Bishop –
–